# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RONNIE ODELL PARKER,** | : |
| **Plaintiff,** | : |
| vs. | : **CIVIL ACTION 11-0685-CG-M** |
| **RAYMOND J. HAWTHORNE,** | : |
| **Defendant.** | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. ' 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE and ORDERED** this 13th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE